UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT TAYLOR, Mayor, City of Roseville;
DOUGLAS R. ALEXANDER, City Manager, City of Algonac;
MATTHEW BIERLEIN, County Commissioner, Tuscola County;
DONALD LYONS, Mayor, City of Dowagiac;
TODD R. ROBINSON, Superintendent, New Haven Community Schools;
RUSSELL PICKELL, Superintendent, Riverview Community Schools;
GARY O'BRIEN, School Board President, Riverview Community Schools;
KELLY COFFIN, Superintendent, Tecumseh Public Schools;
KIMBERLY AMSTUTZ-WILD, School Board President, Tecumseh Public Schools; KEITH WUNDERLICH, Superintendent, Waterford School District;
ROBERT SEETERLIN, School Board President, Waterford School District;
MICHELLE IMBRUNONE, Superintendent, Goodrich Area Schools;
DAVID P. PRAY, Superintendent, Clinton Community Schools;
PATRICIA MURPHY-ALDERMAN, Superintendent, Byron Area Schools;
AMY LAWRENCE, School Board President, Byron Area Schools;
ROBERT D. LIVERNOIS, Superintendent, Warren Consolidated School District;
YVONNE CAAMAL CANUL, Superintendent, Lansing School District,
*in their individual and official capacities*; and
STEPHEN PURCHASE, *in his individual capacity*,

       Plaintiffs,

                                      Hon.  John Corbett O'Meara

v.

                                      Case No. 2:16-cv-10256

RUTH JOHNSON, in her official
capacity as Secretary of the State of Michigan;
MICHIGAN DEPARTMENT OF STATE; and
STATE OF MICHIGAN,

       Defendants.
_____

(attorneys listed on following page)

Miller, Canfield, Paddock and Stone, P.L.C.
Scott R. Eldridge (P66452)
Michael J. Hodge (P25146)
*Attorneys for Plaintiffs*
One Michigan Avenue
Lansing MI 48933
eldridge@millercanfield.com
hodge@millercanfield.com

Miller, Canfield, Paddock and Stone, P.L.C.
Jerome R. Watson (P27082)
Brian M. Schwartz (P69018)
*Attorneys for Plaintiffs*
150 West Jefferson, Suite 2500
Detroit, MI  48226
(313) 963-6420
schwartzb@millercanfield.com
watson@millercanfield

---

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Brian M. Schwartz of Miller, Canfield, Paddock and Stone, P.L.C. as counsel for Plaintiffs in the above-entitled action.

/s/Brian M. Schwartz
Miller, Canfield, Paddock and Stone, P.L.C.
Attorneys for Plaintiffs
150 West Jefferson, Suite 2500
Detroit, MI  48226
(313) 963-6420
P69018
schwartzb@millercanfield.com

Dated:  January 26, 2016

25954868.1\088888-03310