AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:16-cv-10256-JCO-RSW
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Ruth Johnson

Date of Service:     January 26, 2016

## Method of Service

**X** Personally served at this address: 430 W. Allegan, 4th Floor, Lansing, MI 48918
Melissa K. Noll @ 3:40 on 1/26/16

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     David E Edmonds

Signature of Server:     [signature]

Date:     Jan 26, 2016

Server's Address:     1418 Vine St, Apt 3
Lansing, MI 48912