AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 5:16−cv−10256−JCO−RSW
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   State of Michigan

Date of Service:   _January 26, 2016_

### Method of Service

**X** Personally served at this address: _525 N. Ottawa St. 7th Floor, Lansing, MI 48909_
_Margaret P. Richards 1/26/16 @ 4:10_

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   _David E. Edmonds_

Signature of Server:   _/s/ D. E. Edmonds_

Date:   _Jan 26th, 2016_

Server's Address:   _1418 Vine St. Apt. 3, Lansing, MI 48912_