UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT TAYLOR, Mayor, City of Roseville; DOUGLAS R. ALEXANDER, City Manager, City of Algonac; MATTHEW BIERLEIN, County Commissioner, Tuscola County; DONALD LYONS, Mayor, City of Dowagiac; TODD R. ROBINSON, Superintendent, New Haven Community Schools; RUSSELL PICKELL, Superintendent, Riverview Community Schools; KELLY COFFIN, Superintendent, Tecumseh Public Schools; KIMBERLY AMSTUTZ-WILD, School Board President, Tecumseh Public Schools; KEITH WUNDERLICH, Superintendent, Waterford School District; ROBERT SEETERLIN, School Board President, Waterford School District; MICHELLE IMBRUNONE, Superintendent, Goodrich Area Schools; DAVID P. PRAY, Superintendent, Clinton Community Schools; PATRICIA MURPHY-ALDERMAN, Superintendent, Bryon Area Schools; AMY LAWRENCE, School Board President, Byron Area Schools; AMY LAWRENCE, School Board President, Byron Area Schools; ROBERT D. LIVERNOIS, Superintendent, Warren Consolidated School District; YVONNE CAAMAL CANUL, Superintendent, Lansing School District; in their individual and official capacities; and STEPHEN PURCHASE, in his individual capacity, | No. 2:16-cv-10256<br><br>HON. JOHN CORBETT O'MEARA<br><br>MAG. R. STEVEN WHALEN<br><br>**APPEARANCE OF JOSEPH Y. HO** |

     Plaintiffs,
v

1

RUTH JOHNSON, in her official capacity as
Secretary of the State of Michigan; and the
STATE OF MICHIGAN,
_____/

Scott R. Eldridge (P66452)
Michael J. Hodge (P25146)
Attorneys for Plaintiffs
One Michigan Avenue
Lansing, Michigan 48933

Jerome R. Watson (P27082)
Brian M. Schwartz (P69018)
Attorneys for Plaintiffs
150 West Jefferson, Ste 2500
Detroit, Michigan 48226
313.963.6420

Denise C. Barton (P41535)
Joseph Y. Ho (P77390)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.373.6434
_____/

## APPEARANCE OF JOSEPH Y. HO

Please enter the appearance of Assistant Attorney General Joseph Y. Ho for and on behalf of Defendants Ruth Johnson and the State of Michigan in the above-captioned matter.

                Respectfully submitted,

                BILL SCHUETTE
                Attorney General

                *s/Joseph Y. Ho*
                Joseph Y. Ho (P77390)
                Denise C. Barton (P41535)
                Assistant Attorneys General
                Attorneys for Defendants
                P. O. Box 30736
                Lansing, Michigan  48909
                517.373.6434
                Email:  hoj@michigan.gov
                (P77390)

Dated:  January 28, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

                *s/Joseph Y. Ho*
                Joseph Y. Ho (P77390)
                P.O. Box 30736
                Lansing, Michigan  48909
                517.373.6434
                Email:  hoj@michigan.gov
                P77390