UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT TAYLOR, Mayor, City of Roseville;
DOUGLAS R. ALEXANDER, City Manager,
City of Algonac; MATTHEW BIERLEIN,
County Commissioner, Tuscola County;                No. 2:16-cv-10256
DONALD LYONS, Mayor, City of Dowagiac;
TODD R. ROBINSON, Superintendent, New              HON. JOHN CORBETT
Haven Community Schools; RUSSELL                   O'MEARA
PICKELL, Superintendent, Riverview
Community Schools; KELLY COFFIN,                   MAG. R. STEVEN
Superintendent, Tecumseh Public Schools;           WHALEN
KIMBERLY AMSTUTZ-WILD, School Board
President, Tecumseh Public Schools; KEITH
WUNDERLICH, Superintendent, Waterford              **APPEARANCE OF**
School District; ROBERT SEETERLIN, School          **DENISE C. BARTON**
Board President, Waterford School District;
MICHELLE IMBRUNONE, Superintendent,
Goodrich Area Schools; DAVID P. PRAY,
Superintendent, Clinton Community Schools;
PATRICIA MURPHY-ALDERMAN,
Superintendent, Bryon Area Schools; AMY
LAWRENCE, School Board President, Byron
Area Schools; AMY LAWRENCE, School Board
President, Byron Area Schools; ROBERT D.
LIVERNOIS, Superintendent, Warren
Consolidated School District; YVONNE
CAAMAL CANUL, Superintendent, Lansing
School District; in their individual and official
capacities; and STEPHEN PURCHASE, in his
individual capacity,

        Plaintiffs,
v

1

RUTH JOHNSON, in her official capacity as
Secretary of the State of Michigan; and the
STATE OF MICHIGAN,

    Defendants.
_____/

Scott R. Eldridge (P66452)
Michael J. Hodge (P25146)
Attorneys for Plaintiffs
One Michigan Avenue
Lansing, Michigan  48933

Jerome R. Watson (P27082)
Brian M. Schwartz (P69018)
Attorneys for Plaintiffs
150 West Jefferson, Ste 2500
Detroit, Michigan  48226
313.963.6420

Denise C. Barton (P41535)
Joseph Y. Ho (P77390)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434
_____/

**APPEARANCE OF DENISE C. BARTON**

    Please enter the appearance of Assistant Attorney General Denise C. Barton

for and on behalf of Defendants Ruth Johnson and the State of Michigan in the

above-captioned matter.

Respectfully submitted,

BILL SCHUETTE
Attorney General

*s/Denise C. Barton*
Denise C. Barton (P41535)
Joseph Y. Ho (P77390)
Assistant Attorneys General
Attorneys for Defendants
P. O. Box 30736
Lansing, Michigan  48909
517.373.6434
Email:  bartond@michigan.gov
(P41535)

Dated:  January 28, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

*s/Denise C. Barton*
Denise C. Barton (P41535)
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434
Email:  bartond@michigan.gov
P41535

3