UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Robert Taylor, et al.,

                         Plaintiff(s),

v.                                              Case No. 5:16–cv–10256–JCO–RSW
                                                Hon. John Corbett OMeara

Ruth Johnson, et al.,

                         Defendant(s),
_____


## NOTICE OF MOTION HEARING

    You are hereby notified to appear before District Judge John Corbett O'Meara at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan.  The following motion(s) are ***rescheduled*** for hearing:

              Motion for TRO – #3

    • MOTION HEARING:  February 4, 2016 at 10:00 AM


### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/W. Barkholz_____
                                  Case Manager

Dated:   January 29, 2016