UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT TAYLOR, Mayor, City of Roseville;
DOUGLAS R. ALEXANDER, City Manager,
City of Algonac; MATTHEW BIERLEIN,
County Commissioner, Tuscola County;
DONALD LYONS, Mayor, City of Dowagiac;
TODD R. ROBINSON, Superintendent, New
Haven Community Schools; RUSSELL
PICKELL, Superintendent, Riverview
Community Schools; KELLY COFFIN,
Superintendent, Tecumseh Public Schools;
KIMBERLY AMSTUTZ-WILD, School Board
President, Tecumseh Public Schools; KEITH
WUNDERLICH, Superintendent, Waterford
School District; ROBERT SEETERLIN, School
Board President, Waterford School District;
MICHELLE IMBRUNONE, Superintendent,
Goodrich Area Schools; DAVID P. PRAY,
Superintendent, Clinton Community Schools;
PATRICIA MURPHY-ALDERMAN,
Superintendent, Bryon Area Schools; AMY
LAWRENCE, School Board President, Byron
Area Schools; AMY LAWRENCE, School Board
President, Byron Area Schools; ROBERT D.
LIVERNOIS, Superintendent, Warren
Consolidated School District; YVONNE
CAAMAL CANUL, Superintendent, Lansing
School District; in their individual and official
capacities; and STEPHEN PURCHASE, in his
individual capacity,

    Plaintiffs,
v

No. 2:16-cv-10256

HON. JOHN CORBETT
O'MEARA

MAG. R. STEVEN
WHALEN

**APPEARANCE OF
ERIK A. GRILL**

1

RUTH JOHNSON, in her official capacity as
Secretary of the State of Michigan; and the
STATE OF MICHIGAN,

_____/

Scott R. Eldridge (P66452)
Michael J. Hodge (P25146)
Attorneys for Plaintiffs
One Michigan Avenue
Lansing, Michigan 48933

Jerome R. Watson (P27082)
Brian M. Schwartz (P69018)
Attorneys for Plaintiffs
150 West Jefferson, Ste 2500
Detroit, Michigan 48226
313.963.6420

Denise C. Barton (P41535)
Joseph Y. Ho (P77390)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.373.6434

_____/

# APPEARANCE OF ERIK A. GRILL

Please enter the appearance of Assistant Attorney General Erik A. Grill for and on behalf of Defendants Ruth Johnson and the State of Michigan in the above-captioned matter.

Respectfully submitted,

BILL SCHUETTE
Attorney General

*s/Erik A. Grill*
Erik A. Grill (P64713)
Joseph Y. Ho (P77390)
Denise C. Barton (P41535)
Assistant Attorneys General
Attorneys for Defendants
P. O. Box 30736
Lansing, Michigan  48909
517.373.6434
Email:  grille@michigan.gov
(P64713)

Dated:  February 1, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

*s/Erik A. Grill*
Erik A. Grill (P64713)
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434
Email:  grille@michigan.gov
P64713