UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT TAYLOR, Mayor, City of Roseville; DOUGLAS R. ALEXANDER, City Manager, City of Algonac; MATTHEW BIERLEIN, County Commissioner, Tuscola County; DONALD LYONS, Mayor, City of Dowagiac; TODD R. ROBINSON, Superintendent, New Haven Community Schools; RUSSELL PICKELL, Superintendent, Riverview Community Schools; GARY O'BRIEN, School Board President, Riverview Community Schools; KELLY COFFIN, Superintendent, Tecumseh Public Schools; KIMBERLY AMSTUTZ-WILD, School Board President, Tecumseh Public Schools; KEITH WUNDERLICH, Superintendent, Waterford School District; ROBERT SEETERLIN, School Board President, Waterford School District; MICHELLE IMBRUNONE, Superintendent, Goodrich Area Schools; DAVID P. PRAY, Superintendent, Clinton Community Schools; PATRICIA MURPHY-ALDERMAN, Superintendent, Byron Area Schools; AMY LAWRENCE, School Board President, Byron Area Schools; ROBERT D. LIVERNOIS, Superintendent, Warren Consolidated School District; YVONNE CAAMAL CANUL, Superintendent, Lansing School District, *in their individual and official capacities*; and STEPHEN PURCHASE, *in his individual capacity*.

                Plaintiffs,

v.

RUTH JOHNSON, in her official capacity as Secretary of the State of Michigan; and the STATE OF MICHIGAN,

                Defendants.

Case no. 16-cv-10256

HON. JOHN CORBETT O'MEARA

MAG. R. STEVEN WHALEN

**ORDER GRANTING FOUNDATION FOR MICHIGAN FREEDOM'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

_____/
Scott R. Eldridge (P66452)
Michael J. Hodge (P25146)
Attorneys for Plaintiffs
One Michigan Avenue
Lansing, Michigan  48933

Jerome R. Watson (P27082)
Brian M. Schwartz (P69018)
Attorneys for Plaintiffs
150 West Jefferson, Ste. 2500
Detroit, Michigan  48226
313.963.6420

Denise C. Barton (P41535)
Joseph Y. Ho (P77390)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434
_____/

## ORDER GRANTING FOUNDATION FOR MICHIGAN FREEDOM'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Foundation for Michigan Freedom moves for leave to file an *amicus curiae* brief as set forth in the Foundation for Michigan Freedom's Motion to File Brief as *Amicus Curiae* filed on February 1, 2016.

**It IS ORDERED** that the Foundation for Michigan Freedom's Motion for Leave to File *Amicus Curiae* Brief is **GRANTED**. The Foundation for Michigan Freedom is **DIRECTED** to file their *amicus curiae* brief by February 2, 2016.

Date: February 2, 2016                                               s/John Corbett O'Meara
                                                                     United States District Judge