UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT TAYLOR, Mayor, City of Roseville;
DOUGLAS R. ALEXANDER, City Manager,
City of Algonac; MATTHEW BIERLEIN,
County Commissioner, Tuscola County;
DONALD LYONS, Mayor, City of Dowagiac;
TODD R. ROBINSON, Superintendent, New Haven
Community Schools; RUSSELL
PICKELL, Superintendent, Riverview
Community Schools; KELLY COFFIN,
Superintendent, Tecumseh Public Schools;
KIMBERLY AMSTUTZ-WILD, School Board
President, Tecumseh Public Schools; KEITH
WUNDERLICH, Superintendent, Waterford
School District; ROBERT SEETERLIN, School
Board President, Waterford School District;
MICHELLE IMBRUNONE, Superintendent,
Goodrich Area Schools; DAVID P. PRAY,
Superintendent, Clinton Community Schools;
PATRICIA MURPHY-ALDERMAN,
Superintendent, Bryon Area Schools; AMY
LAWRENCE, School Board President, Byron
Area Schools; AMY LAWRENCE, School
Board President, Byron Area Schools; ROBERT
D. LIVERNOIS, Superintendent, Warren
Consolidated School District; YVONNE
CAAMAL CANUL, Superintendent, Lansing
School District; in their individual and official
capacities; and STEPHEN PURCHASE, in his
individual capacity,

No. 2:16-cv-10256

HON. JOHN CORBETT
O'MEARA

MAG. R. STEVEN
WHALEN

        Plaintiffs,

v

RUTH JOHNSON, in her official capacity as
Secretary of the State of Michigan; and the
STATE OF MICHIGAN,

       Defendants.
_____/

| | |
|---|---|
| Scott R. Eldridge (P66452) | Denise C. Barton (P41535) |
| Michael J. Hodge (P25146) | Joseph Y. Ho (P77390) |
| Attorneys for Plaintiffs | Assistant Attorneys General |
| Miller Canfield | Attorneys for Defendants |
| One Michigan Avenue, Ste. 900 | P.O. Box 30736 |
| Lansing, Michigan 48933 | Lansing, Michigan 48909 |
| 517-483-4918 | 517-373-6434 |
| Eldridge@millercanfield.com | bartond@michigan.gov |
| hodge@millercanfield.com | hoj@mi.gov |
| | |
| Jerome R. Watson (P27082) | Gary P. Gordon (P26290) |
| Brian M. Schwartz (P69018) | Jason T. Hanselman (P61813) |
| Attorneys for Plaintiffs | Dykema Gossett PLLC |
| Miller Canfield | Attorneys for Proposed *Amici Curiae* |
| 150 West Jefferson, Ste 2500 | 201 Townsend Street, Suite 900 |
| Detroit, Michigan 48226 | Lansing, MI 48933 |
| 313-963-6420 | (517) 374-9133 |
| Schwartzb@millercanfield.com | ggordon@dykema.com |
| watson@millercanfield.com | jhanselman@dykema.com |

_____/

## **NOTICE OF ATTORNEY APPEARANCE**

      Please enter my appearance on behalf of Proposed *Amicus Curiae* in the above-captioned matter.

Dated: February 2, 2016           */s/ Gary P. Gordon*
                                                  Gary P. Gordon (P26290)
                                                  Dykema Gossett PLLC
                                                  Attorney for Proposed *Amicus Curiae*
                                                  201 Townsend Street, Suite 900
                                                  Lansing, MI 48933
                                                  (517) 374-9133
                                                  ggordon@dykema.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.  I hereby certify that I have mailed by United States Postal Service the same to any non-ECF participants.


Dated:  February 2, 2016                   */s/ Gary P. Gordon*
                                           Gary P. Gordon (P26290)
                                           Dykema Gossett PLLC
                                           Attorney for Proposed *Amicus Curiae*
                                           201 Townsend Street, Suite 900
                                           Lansing, MI 48933
                                           (517) 374-9133
                                           ggordon@dykema.com