UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT TAYLOR, Mayor, City of Roseville;
DOUGLAS R. ALEXANDER, City Manager,
City of Algonac; MATTHEW BIERLEIN,
County Commissioner, Tuscola County;
DONALD LYONS, Mayor, City of Dowagiac;
TODD R. ROBINSON, Superintendent, New Haven
Community Schools; RUSSELL                          No. 2:16-cv-10256
PICKELL, Superintendent, Riverview
Community Schools; KELLY COFFIN,
Superintendent, Tecumseh Public Schools;
KIMBERLY AMSTUTZ-WILD, School Board
President, Tecumseh Public Schools; KEITH
WUNDERLICH, Superintendent, Waterford              HON. JOHN CORBETT
School District; ROBERT SEETERLIN, School          O'MEARA
Board President, Waterford School District;
MICHELLE IMBRUNONE, Superintendent,                MAG. R. STEVEN
Goodrich Area Schools; DAVID P. PRAY,              WHALEN
Superintendent, Clinton Community Schools;
PATRICIA MURPHY-ALDERMAN,
Superintendent, Bryon Area Schools; AMY
LAWRENCE, School Board President, Byron
Area Schools; AMY LAWRENCE, School
Board President, Byron Area Schools; ROBERT
D. LIVERNOIS, Superintendent, Warren
Consolidated School District; YVONNE
CAAMAL CANUL, Superintendent, Lansing
School District; in their individual and official
capacities; and STEPHEN PURCHASE, in his
individual capacity,

        Plaintiffs,

v

RUTH JOHNSON, in her official capacity as
Secretary of the State of Michigan; and the
STATE OF MICHIGAN,

       Defendants.
_____/

| | |
|---|---|
| Scott R. Eldridge (P66452) | Denise C. Barton (P41535) |
| Michael J. Hodge (P25146) | Joseph Y. Ho (P77390) |
| Miller Canfield | Assistant Attorneys General |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| One Michigan Avenue, Ste. 900 | P.O. Box 30736 |
| Lansing, Michigan 48933 | Lansing, Michigan 48909 |
| 517-483-4918 | 517-373-6434 |
| Eldridge@millercanfield.com | bartond@michigan.gov |
| hodge@millercanfield.com | hoj@mi.gov |
| | |
| Jerome R. Watson (P27082) | Gary P. Gordon (P26290) |
| Brian M. Schwartz (P69018) | Jason T. Hanselman (P61813) |
| Miller Canfield | Dykema Gossett PLLC |
| Attorneys for Plaintiffs | Attorneys for Proposed *Amici Curiae* |
| 150 West Jefferson, Ste 2500 | 201 Townsend Street, Suite 900 |
| Detroit, Michigan 48226 | Lansing, MI 48933 |
| 313-963-6420 | (517) 374-9133 |
| Schwartzb@millercanfield.com | ggordon@dykema.com |
| watson@millercanfield.com | jhanselman@dykema.com |

_____/

## CONSENT MOTION AND BRIEF IN SUPPORT OF THE MICHIGAN MUNICIPAL LEAGUE, THE MICHIGAN ASSOCIATION OF COUNTIES, THE MICHIGAN TOWNSHIPS ASSOCIATION, AND THE CONFERENCE OF WESTERN WAYNE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF

# **TABLE OF CONTENTS**

Table of Authorities ............................................................................. iv

Introduction ........................................................................................1

    A.    The Brief is Timely..................................................................1

    B.    The Association Has Unique Information And Perspective Beyond What The Original Plaintiffs Bring To The Case .................................2

    C.    All Parties Have Stipulated To The Associations Filing A Brief As Amicus Curiae ........................................................................2

Conclusion and Relief Requested ...........................................................2

# <u>TABLE OF AUTHORITIES</u>

**Page(s)**

CASES

*Mich. Dep't of Transportation v. Detroit Int'l Bridge Co.*,
   No. 10-12334, 2010 U.S. Dist. LEXIS 145195 (E.D. Mich. July
   22, 2010) ...............................................................................................1

*United States v State of Michigan*,
   940 F. 2d 143 (6th Cir. 1991) ..............................................................1

## INTRODUCTION

The Michigan Municipal League, the Michigan Association of Counties, the Michigan Townships Association and the Conference of Western Wayne (the "Associations") through counsel, Dykema Gossett, PLLC, respectfully submit this motion for leave to file the attached *amicus curiae* brief in support of Plaintiffs.

Filing an amicus brief is a "privilege within the sound discretion of the courts depending upon a finding that the proffered information . . . is timely, useful, or otherwise necessary to the administration of justice." *United States v State of Michigan*, 940 F. 2d 143, 165 (6th Cir. 1991). "An *amicus curiae* brief should normally be allowed … when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Mich. Dep't of Transportation v. Detroit Int'l Bridge Co*., No. 10-12334, 2010 U.S. Dist. LEXIS 145195 at *5 (E.D. Mich. July 22, 2010) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)).

### A.   The Brief Is Timely.

The Associations note that leave was granted to the *Amicus* Freedom Fund to file a brief by February 2, 2016. The Brief of Proposed *Amici* is being filed by the same date.

1

**B.     The Association Has Unique Information And Perspective Beyond What The Original Plaintiffs Bring To The Case.**

The Associations represent a much broader, more numerous, and more diverse group of cities, villages, townships, and counties through their memberships in the Associations than do the Plaintiffs.  The interests of the Associations and their respective members bring the perspective of a more diverse and varied base of election activity than the more isolated view of an individual municipality or school district.  The types of election issues confronted across the state may not be faced by each individual governmental entity, but can be brought to light by the Associations representing, collectively, the multiple cities, villages, townships and counties from across Michigan.

**C.     All Parties Have Stipulated To The Associations Filing A Brief As *Amicus Curiae*.**

All parties have stipulated to the Associations filing a brief as amicus curiae in support of Plaintiffs.

## CONCLUSION AND RELIEF REQUESTED

Because: (1) the parties have stipulated to the Associations' filing an *amicus* brief; (2) the Associations bring a unique perspective to the case; and (3) the Associations otherwise meet the criteria for filing of an *amicus* brief, the attached brief is timely filed and its consideration will not delay these proceedings.  For these reasons, the Associations respectfully request that this Court grant its Motion

2

for Leave to file the attached brief as *amicus curiae*.


Dated:  February 2, 2016                    */s/ Jason T. Hanselman*
                                            Gary P. Gordon (P26290)
                                            Jason T. Hanselman (P61813)
                                            Dykema Gossett PLLC
                                            Attorneys for Proposed Amicus Curiae
                                            201 Townsend Street, Suite 900
                                            Lansing, MI 48933
                                            (517) 374-9133
                                            ggordon@dykema.com
                                            jhanselman@dykema.com

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.  I hereby certify that I have mailed by United States Postal Service the same to any non-ECF participants.


Dated:  February 2, 2016                     */s/ Jason T. Hanselman*
                                             Jason T. Hanselman (P61813)
                                             Dykema Gossett PLLC
                                             Attorney for Proposed Amicus Curiae
                                             201 Townsend Street, Suite 900
                                             Lansing, MI 48933
                                             (517) 374-9181
                                             jhanselman@dykema.com

4